**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
|    LEN POLICHUK | : | |
|                Debtor(s) | : | Bky. No. 08-10783ELF |

## O R D E R

**AND NOW**, Creditor Marina Ayzenberg having filed an Objection to Proof of Claim No. 15,

AND, a hearing on the Objection being presently scheduled on **April 7, 2010 at 10:00 a.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.**

It is hereby **ORDERED** that:

1. The April 7, 2010 hearing shall be limited to the issue of Marina Ayzenberg's standing to object to Claim No. 15.

2. If the Debtor wishes to join in Marina Ayzenberg's Objection, the Debtor shall file the necessary documents to do so on or before **March 15, 2010.**

3. If the Debtor joins in Marina Ayzenberg's Objection to Claim No. 15, the Debtor's standing shall also be considered at the April 7, 2010 hearing.

Date: **March 1, 2010**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE