UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
|     LEN POLICHUK | : | |
| Debtor(s) | : | Bky. No. 08-10783ELF |

## ORDER

AND NOW, Marina Ayzenberg having filed an Objection to the Proof of Claim of Andrew Mogilyansky (Claim No. 14) (Doc. # 110) and an Objection to the Proof of Claim of Nicholas J. Reinhart (Claim No. 15) (Doc. # 152) (the two (2) objections referred to collectively as "the Objections");

AND, the Debtor having filed a "Joinder" to the two (2) Objections (Doc. #'s 155, 156);

AND, Andrew Mogilyansky's having filed a Motion to Dismiss Ayzenberg's Objection Proof of Claim No. 14 ("the Motion") (Doc. # 126);

AND, Bonnie Finkel, the chapter 7 trustee ("the Trustee") supporting the Motion;

AND, all parties treating the Motion as if it sought dismissal of both Objections;

AND, after an evidentiary hearing;

AND, for the reasons stated in court on April 26, 2010,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Objections, and the Debtor's Joinder thereto, are **DISMISSED**.

3. The dismissal of the Objections and the Debtor's Joinder thereto is **WITHOUT PREJUDICE** to Ayzenberg's and the Debtor's respective rights to seek court authority in the future to re-file the Objections, upon a proper showing in accordance with the court's oral bench opinion issued on April 26, 2010.

Date: April 26, 2010

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE