IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LEN POLICHUK, | : | |
| | : | Case No. 080-10783-ELF |
| | : | |
| Debtor. | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
AND SERVICE OF ALL OTHER PAPERS**

PLEASE TAKE NOTICE that Braverman Kaskey, P.C., hereby enters its appearance on behalf of Nicholas J. Reinhart, SNL Trading, Inc. and Dunphy Nissan, Inc. in the above-referenced chapter 7 proceeding, pursuant Federal Rules of Bankruptcy Procedure 2002 and 9010(b).

PLEASE TAKE FURTHER NOTICE that such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that all notices given or required to be given in the above-captioned case including, but not limited to, all papers filed and served in all adversary proceedings in this case and all notices mailed only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be mailed to them be given to and served upon said counsel at the following address, telephone and fax number:

Braverman Kaskey, P.C.
Attn: David L. Braverman, Esquire
Attn: Michelle S. Walker, Esquire
Attn: Scott P. Shectman, Esquire
1650 Market Street, 56th Floor
Philadelphia, PA 19103
Phone: (215) 575-3800
Fax: (215) 575-3801
dbraver@braverlaw.com

mwalker@braverlaw.com
sshectman@braverlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this case and any proceeding commenced herein.

**BRAVERMAN KASKEY, P.C.**

Dated: September 14, 2010          BY:     /s/ Scott P. Shetman
                                           David L. Braverman (I.D. No. 35145)
                                           dbraverman@braverlaw.com
                                           Michelle S. Walker (I.D. No. 84719)
                                           mwalker@braverlaw.com
                                           Scott P. Shectman (I.D. No. 92276)
                                           sshectman@braverlaw.com
                                           One Liberty Place, 56th Floor
                                           1650 Market Street
                                           Philadelphia, PA 19103
                                           Tel: (215) 575-3800
                                           Fax: (215) 575-3801
                                           Attorneys for Nicholas J. Reinhart, SNL
                                           Trading, Inc. and Dunphy Nissan, Inc.